# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 20-2673-JLS (JEM) | Date | February 15, 2022 |
|---|---|---|---|
| Title | Kareen Anderson v. B.O.P., et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|
| S. Lorenzo | |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On January 5, 2022, the Court issued a Memorandum and Order Dismissing First Amended Complaint With Leave to Amend ("Dismissal Order"), in which the First Amended Complaint was dismissed with leave to amend and Plaintiff was ordered to file a Second Amended Complaint ("SAC") within thirty days.

Plaintiff has failed to file the SAC, which was due no later than February 4, 2022.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and/or failure to comply with a Court order based on Plaintiff's failure to file a SAC.  Plaintiff shall file a written response to this Order to Show Cause no later than **March 1, 2022**.  Plaintiff may show cause by filing a SAC.

Failure to respond to this Order to Show Cause as ordered will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a Court order.

cc: Parties

|  | : |
|---|---|
| Initials of Preparer | slo |