# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEN ANDERSON,<br><br>      Plaintiff,<br><br>      v.<br><br>TAMMY RUDA, ET AL.,<br><br>      Defendants. | Case No. 5:20-cv-02673-JLS-JEM<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Plaintiff has filed Objections, and Defendants have filed a Reply to Plaintiff's Objections.  The Court has reviewed *de novo* those portions of the Report and Recommendation to which Plaintiff has objected.  The Court overrules the Objections and accepts the findings and recommendations of the Magistrate Judge.

    IT IS ORDERED that: (1) Defendants' Motion to Dismiss is granted; and (2) Judgment shall be entered dismissing this action with prejudice.

Dated: June 26, 2023

                                                           JOSEPHINE L. STATON
                                                  UNITED STATES DISTRICT JUDGE