JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEN ANDERSON,<br><br>              Plaintiff,<br><br>    v.<br><br>TAMMY RUDA, ET AL.,,<br><br>              Defendants. | Case No. 5:20-cv-02673-JLS-JEM<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: June 26, 2023

                                                          JOSEPHINE L. STATON
                                           UNITED STATES DISTRICT JUDGE